1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    CARL WILLIAM COLEMAN, et al.,          No. CIV S-11-3189-JAM-CMK

12             Plaintiffs,

13         vs.                              ORDER

14    COUNTY OF BUTTE, et al.,

15             Defendants.

16    _____/

17         Plaintiffs, who are proceeding pro se, bring this civil rights action.  The case

18    currently proceeds on the first amended complaint, filed as of right on December 5, 2011.

19    Pending before the court is plaintiffs' second amended complaint, filed on January 25, 2012.

20         The Federal Rules of Civil Procedure provide that a party may amend his or her

21    pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is

22    one to which a responsive pleading is required, within 21 days after service of the responsive

23    pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule

24    12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  In all

25    other situations, a party's pleadings may only be amended upon leave of court or stipulation of all

26    the parties. See Fed. R. Civ. P. 15(a)(2).

1          In this case, the amended complaint will be stricken for two reasons, either one of

2    which is sufficient.  First, plaintiffs already amended their initial complaint once as of right with

3    the filing of the first amended complaint on December 5, 2011.  Second, even if the current

4    amendment were the first, it is untimely given that defendants have served and filed motions to

5    dismiss.  Specifically, a motion to dismiss was served on behalf of Defendants County of Butte,

6    John Angle, Jake Hancock, David Kennedy, Pamela Richards, and Heather Murphy on

7    December 20, 2011, and a second motion to dismiss was served on behalf of defendant

8    Rodriguez on December 27, 2011.  Plaintiffs' second amended complaint was signed on either

9    January 21, 2012, or January 24, 2012, and filed on January 25, 2012.  Even the earliest of these

10   dates is more than 21 days after service of the second motion to dismiss.  For either of these two

11   reasons, plaintiffs must first obtain a stipulation from defendants or leave of court before a

12   second amended complaint can be filed.

13         Accordingly, IT IS HEREBY ORDERED that plaintiffs' second amended

14   complaint (Doc. 8) is stricken.

15

16    DATED:  February 6, 2012

17                                          _____

18                               **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26