IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WILLIAM COLEMAN, et al., | No. CIV S-11-3189-JAM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiffs, who are proceeding pro se, bring this civil rights action. Pending before the court are defendants' motions to dismiss (Docs. 5 & 7) and motion for a more definite statement (Doc. 6). No timely opposition to the pending motions have been filed.[1] Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for February 8, 2012, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar

/ / /

---

[1] Following the filing of defendants' motions, plaintiffs submitted a second amended complaint, apparently in an attempt to respond the motions. As indicated by separate order, plaintiffs must obtain leave of court before filing a second amended complaint. See Fed. R. Civ. P. 15(a). And, while plaintiffs filed an opposition on February 3, 2012, that opposition is not timely in that it was not filed 14 days preceding the noticed hearing date of February 8, 2012.

1

1 | and the matters are submitted on the record and briefs without oral argument.

2 |         IT IS SO ORDERED.

4 | DATED: February 7, 2012

         _____
         **CRAIG M. KELLISON**
         UNITED STATES MAGISTRATE JUDGE