IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL WILLIAM COLEMAN, et al.,            No. CIV S-11-3189-JAM-CMK

        Plaintiffs,

   vs.                                                              ORDER

COUNTY OF BUTTE, et al.,

        Defendants.

_____/

        Plaintiffs, who are proceeding pro se, bring this civil rights action. Pending before the court is plaintiffs' motion for leave to amend (Docs. 13 & 14). No timely opposition to the pending motions have been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for March 28, 2012, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

        IT IS SO ORDERED.

DATED: March 27, 2012

                                                  _____
                                                CRAIG M. KELLISON
                                                UNITED STATES MAGISTRATE JUDGE