IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL WILLIAM COLEMAN, et al.,　　　　No. CIV S-11-3189-JAM-CMK

　　　　Plaintiffs,

　　vs.　　　　　　　　　　　　　　　ORDER

COUNTY OF BUTTE, et al.,

　　　　Defendants.

_____/

　　　　Plaintiffs, who are proceeding pro se, bring this civil rights action. Pending before the court is plaintiffs' motion for leave to amend (Docs. 13 & 14). No timely opposition to the pending motions have been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for March 28, 2012, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

　　　　IT IS SO ORDERED.

DATED: March 27, 2012

　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1