**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CARL WILLIAM COLEMAN, et al.,              No. CIV S-11-3189-JAM-CMK

          Plaintiffs,

    vs.                                                          <u>ORDER</u>

COUNTY OF BUTTE, et al.,

          Defendants.

_____/

       Plaintiffs, who are proceeding pro se, bring this civil rights action.  Pursuant to Eastern District of California Local Rule 230(g), the scheduling conference set for April 11, 2012, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar.

       IT IS SO ORDERED.


 DATED:  April 10, 2012

                                                _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE