**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CARL WILLIAM COLEMAN, et al.,          No. CIV S-11-3189-JAM-CMK

        Plaintiffs,

    vs.                                                    ORDER

COUNTY OF BUTTE, et al.,

        Defendants.

_____/

        Plaintiffs, who are proceeding pro se, bring this civil rights action.  Pursuant to Eastern District of California Local Rule 230(g), the scheduling conference set for April 11, 2012, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar.

        IT IS SO ORDERED.


 DATED:  April 10, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE