IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WILLIAM COLEMAN, et al., | No. CIV S-11-3189-JAM-CMK |
| Plaintiffs, | |
| vs. | <u>ORDER</u> |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiffs, who are proceeding pro se, bring this civil rights action. The case currently proceeds on the first amended complaint, filed as of right on December 5, 2011. Pending before the court is plaintiffs' unopposed motion for leave to file a second amended complaint.[1]

/ / /

/ / /

/ / /

---

[1] Plaintiffs filed a second amended complaint on January 25, 2012, which was stricken because it was a second amendment not filed with leave of court or stipulation of defendants.

1

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties.  See Fed. R. Civ. P. 15(a)(2).

In this case, it appears that plaintiffs' effort to file a second amended complaint is an attempt to respond to various motions to dismiss and for a more definite statement filed by defendants in response to the first amended complaint.  Given that defendants do not oppose the current motion for leave to amend, and given that the defects in the complaint may be resolved by way of further amendment, leave to amend will be granted.  Upon the filing of a second amended complaint, all other pending motions challenging the first amended complaint will become moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for leave to amend (Docs. 13 & 14) is granted; and

2. Plaintiffs shall file and serve on defendants their second amended complaint within 10 days of the date of this order.

DATED: June 8, 2012

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE