IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WILLIAM COLEMAN, et al., | No. CIV S-11-3189-JAM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs, who are proceeding pro se, bring this civil rights action.

On May 1, 2012, defendant Hoptowit filed a motion to quash service of process and to dismiss the first amended complaint. Defendant filed an amended motion on May 8, 2012, to effect a change in the hearing date. Neither the original motion filed May 1, 2012, nor the amended motion filed May 8, 2012, is accompanied by any kind of legal brief or memorandum of points and authorities, as required by the court's local rules. See Local Rule 230(b) ("The moving party shall file a notice of motions, motion, accompanying briefs, affidavits, if appropriate, and copies of all documentary evidence. . . .") (emphasis added). Because the motion fails to satisfy the rules, and because there is no way for the court to evaluate defendant's legal argument absent a legal brief or memorandum of points and authorities, the

motion will be stricken.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     Defendant Hoptowit's amended motion to quash and to dismiss (Doc. 32) is stricken for non-compliance with Local Rule 230(b); and

        2.     The hearing set for June 27, 2012, before the undersigned in Redding, California, is vacated.

DATED: June 8, 2012

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE