IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WILLIAM COLEMAN, et al., | No. 2:11-CV-3189-JAM-CMK |
| Plaintiffs, | |
| vs. | <u>ORDER</u> |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |
| _____ / | |

Plaintiffs, who are proceeding pro se, bring this civil rights action. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for August 14, 2013, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: August 8, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1