IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WILLIAM COLEMAN, et al., | No. 2:11-CV-3189-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil rights action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for April 2, 2014, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: March 26, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1